IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN S. YATSKO, ET AL. | : | |
| Plaintiffs | : | CIVIL ACTION |
| vs. | : | NO. 09-CV-0141 |
| OFFICE OF WORKERS COMPENSATION PROGRAMS, U.S. DEPT. OF LABOR et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 6th day of August, 2009, it is hereby ORDERED that the Plaintiffs shall have 60 days from the date of this ORDER to file and serve a brief in support of their Complaint for Injunctive and Declaratory Relief. The Defendants shall have 60 days to respond from the date of filing of the Plaintiffs' brief. Both briefs shall be limited to 25 pages and must make specific citations to the Administrative Record. The Plaintiffs will be given 10 days and 15 pages to reply to the Defendants' brief; the Defendants will be given 10 days and 15 pages to prepare a surreply brief to the Plaintiffs' reply brief. The reply and surreply briefs are not required and should only be submitted if necessary.

It is further ORDERED that the Court will permit specific discovery requests by written motion on the basis of good faith allegations that the Administrative Record is incomplete. Such motions, which must be filed within 15 days of this ORDER, are subject to objections by the

Defendants, which must be filed within 5 days of the filing of any motion.

                                              BY THE COURT:

                                              *S/THOMAS M. GOLDEN*
                                              THOMAS M. GOLDEN, J.