IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN S. YATSKO, et al. | : |
| Plaintiffs | : CIVIL ACTION |
| v. | : |
| | : NO. 09-CV-0141 |
| OFFICE OF WORKERS COMPENSATION PROGRAMS, U.S. DEPT. OF LABOR, et al. | : |
| Defendants | : |

## ORDER

AND NOW, this 28th day of April, 2010, upon consideration of Plaintiffs' request for declaratory and injunctive relief (Doc. No. 1) and all filings related thereto, it is hereby ORDERED that Plaintiff's request is DENIED.

It is further ORDERED that:

1. Defendants' termination of Plaintiffs' Energy Employees Occupational Illness Compensation Program Act benefits is AFFIRMED;

2. Plaintiffs' Complaint is DISMISSED WITH PREJUDICE; and,

3. The Clerk of Court is DIRECTED to CLOSE the case for statistical purposes.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.